UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY formerly known as
DARWIN SELECT INSURANCE COMPANY a
subrogee of Tappan Zee Constructors, LLC,                    ORDER

                           Petitioner(s),                    19-cv-06931 (PMH)
v.

HOFFMAN INTERNATIONAL, INC., d/b/a
HOFFMAN EQUIPMENT COMPANY, THE
MANITOWOC COMPANY, INC. and GROVE
U.S. LLC

                           Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       This matter has recently been reassigned to me. As there has been no activity on this docket since September 23, 2019, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action by May 1, 2020.

       Counsel for THE MANITOWOC COMPANY, INC. and GROVE U.S. LLC is instructed to deliver copies of this Order to ALLIED WORLD SURPLUS LINES INSURANCE COMPANY and HOFFMAN INTERNATIONAL, INC. and to file proof of service thereof.

SO-ORDERED:

Dated: New York, New York
       April 16, 2020

                                          _____
                                          Philip M. Halpern
                                          United States District Judge