UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY formerly known as
DARWIN SELECT INSURANCE COMPANY a
subrogee of Tappan Zee Constructors, LLC,            ORDER OF DISMISSAL

                          Petitioner(s),           19-cv-06931 (PMH)

v.

HOFFMAN INTERNATIONAL, INC., d/b/a
HOFFMAN EQUIPMENT COMPANY, THE
MANITOWOC COMPANY, INC. and GROVE
U.S. LLC

                          Respondents.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On August 3, 2020, the Court issued an Order warning the parties that this removed action will be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(b), unless, on or before August 21, 2020, Respondents show cause in writing why the case should not be deemed abandoned and dismissed for lack of prosecution.  (Doc. 10).

To date, there has been no response to the August 3 Order.  The Court concludes the parties have abandoned this case.

Accordingly, this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b).  This dismissal shall not affect the action pending under docket number 19cv7073.

The Clerk is instructed to close this case.

SO-ORDERED:

Dated: New York, New York
       August 24, 2020

                                            _____
                                            Philip M. Halpern
                                            United States District Judge